DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>    MARK LAVERNE and SUSAN COLLEEN MEAD<br>    2337 RIVER VIEW ROAD<br>    CLEARLAKE OAKS, CA 95423<br><br>    ###-##-9905  ###-##-2428<br>                Debtor(s). | Case No.: 10-1-3902AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:       11/16/2010
Time:      1:00 PM
Place:      Office of the United States Trustee
               777 Sonoma Ave., First Floor, #116
               Santa Rosa, CA  95404

**CONFIRMATION HEARING:**
Date:       12/20/2010
Time:      1:30 PM
Place:      United States Bankruptcy Court
               99 South E Street
               Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee requests a _**signed**_ copy of Debtors' 2009 Federal Income Tax Return. Debtors' tax return is due seven days prior to the Debtors' 341 Meeting of Creditors.

2. Paragraph 11 of the Debtors' plan indicates the lien on the Debtors' real property held by Specialized Loan Serving shall be voided.  The Trustee requests that Debtors' Notice and Motion to Avoid Lien be filed and resolved prior to confirmation.

3. Paragraph 2 and 3 of the Debtors' plan propose fixed monthly payments totaling $708.81 to be paid through the plan.  Debtors' monthly plan payments are $721.00, thus not allowing for the Trustee's administrative fees.  The Trustee will be unable to administer this provision of the plan and requests that Debtors counsel amend the plan.

4. Mr. Mead has been sent the Chapter Thirteen Business Questionnaire on October 18, 2010 to complete. Debtor's response is due by November 1, 2010.

5. Schedule I reflects "Kathy Fowler Chevrolet" employs Mr. Mead, however, no income from this said employer has been provided for on Schedule I.  The Trustee requests an amended Schedule I that provides for this omitted information.

6. The Trustee is in receipt of various payment advices from Mr. Mead's employer "Kathy Fowler Chevrolet", however, they appear to be incomplete. The Trustee requests that Debtors' counsel provide an advice for the month of September 2010.

7. Schedule I reflects Mrs. Mead is unemployed. The Trustee request proof of income for the last six months prior to the filing of the Bankruptcy (April 2010 through September 2010), or, in the alternative, a Debtor's declaration that details why proof of income cannot be provided.

8. Schedule A reflects the value of Debtors' real property located at Indian Hill Road, Clearlake Oaks, California as $17,000.00. Trustee requests verification of how Debtors' arrived at this value.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: October 27, 2010          DAVID BURCHARD
                                 DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MARK LAVERNE and SUSAN COLLEEN MEAD  
2337 RIVER VIEW ROAD  
CLEARLAKE OAKS, CA 95423  

EVAN LIVINGSTONE  
LAW OFFICES OF EVAN LIVINGSTONE  
740 FOURTH ST # 215  
SANTA ROSA, CA 95404-0000  

United States Trustee  
235 Pine Street, Suite 700  
San Francisco, CA 94104  

Dated: October 27, 2010          WENDY KARNES
                                 WENDY KARNES (NSJ)