Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-13902 |
|---|---|
| Mark Laverne Mead and Susan Colleen Mead<br>Debtor(s)<br>_____/ | Chapter 13 |

NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE

LIEN AT $0 AND AVOID LIEN UPON DISCHARGE

TO SECURED JUNIOR LIENHOLDER SPECIALIZED LOAN SERVICING LLC, CHAPTER 13 TRUSTEE, AND ALL PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.:

This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to</u>

<u>the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;</u>

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

<u>If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;</u>

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: November 8, 2010

*Evan Livingstone*
Evan Livingstone
Attorney for Debtor

10-13902 - Notice and Opportunity for Hearing on Motion to Value Lien at $0 and Avoid Lien Upon Discharge – Page 2

Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-13902 |
|---|---|
| Mark Laverne Mead and Susan Colleen Mead<br>Debtor(s) | Chapter 13 |

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, a copy of above NOTICE OF HEARING ON MOTION FOR ORDER VALUING LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtor(s) MOTION TO VALUE LIEN OF SECURED CREDITOR AS $0, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by <u>certified mail addressed to an officer of the institution</u>.

> John Beggins, President and CEO
> Specialized Loan Servicing LLC
> 8742 Lucent Blvd., Suite 300
> Highlands Ranch, CO 80129

Date: November 8, 2010        *Evan Livingstone*
                              _____
                              Evan Livingstone