**Signed: January 03, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  Evan Livingstone, SBN 252008
   Attorney at Law
2  740 4th St. Suite 215
   Santa Rosa CA 95404
3  Phone: (707) 206-6570
   Fax:   (707) 676-9112
4  Email: evanlivingstone@sbcglobal.net

5  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.   10-13902 |
| Mark Laverne Mead and Susan Colleen Mead | Chapter   13 |
| Debtor(s) | |
| _____/ | |

ORDER GRANTING MOTION TO VALUE LIEN AS $0

AND AVOID LIEN UPON DISCHARGE OF DEBTOR

On 11/08/2010 Debtor filed a motion to value the lien of Specialized Loan Servicing LLC (hereinafter "Lienholder") against the property commonly known as 2337 Riverview Rd, Clearlake Oaks, CA 95423, Lake County AP #062-642-120, which lien was recorded in the Lake County Recorder's Office on or about 02/12/2007 as document 2007003293 (hereinafter "Lien").

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien of Specialized Loan Servicing LLC is valued at zero dollars ($0), does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

END OF ORDER